UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:07-21288-CIV-MARTINEZ-DUBE**

BEATRIZ SANCHEZ,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social
Security,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Robert L. Dube, United States Magistrate Judge for a Report and Recommendation on the parties' motions for summary judgment **(D.E. Nos. 16, 19)**.  The Magistrate Judge filed a Report and Recommendation **(D.E. No. 20)** on June 17, 2008.  No objections have been filed.  The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Dube's Report and Recommendation **(D.E. No. 20)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that

    1.  Plaintiff's Motion for Summary Judgment **(D.E. No. 16)** is **DENIED**;

    2. Defendant's Motion for Summary Judgment **(D.E. No. 19)** is **GRANTED**; and

3. This case is **CLOSED**, and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of September, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Dube
All Counsel of Record